# United States District Court Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | MY12 |
| Violation Number | 7920273 |
| Officer Name (Print) | Andrew |
| Officer No. | 104 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- Date and Time of Offense: 1320 01/10/19
- Offense Charged (State Code): 18 USC Sec 7+13 / MTA 21-801.1
- Place of Offense: Spesutie Island Rd, APG MD 21005
- Offense Description / Factual Basis for Charge: Driving on hwy. while exceeding the speed limit by 19    39/20

## DEFENDANT INFORMATION

- Last Name: Meredith
- First Name: Christopher
- M.I.: S

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7CR8067 | MD | 19 | Hyun | 4S | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 90 Forfeiture Amount
- + $30 Processing Fee
- PAY THIS AMOUNT → $ 120 Total Collateral Due

### YOUR COURT DATE

- Court Address: TBD
- Date: TBD
- Time: TBD

X Defendant Signature: [signed]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 10 January, 2019 while exercising my duties as a law enforcement officer in the APG District of Maryland

See attached PC Statement

The foregoing statement is based upon:
- X my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/10/2019  [signed SL]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident